AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ Guam

FILED
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

MICHAEL C. BRILES

**WARRANT FOR ARREST**

Case Number: Magistrate Case No. 05-00022

U.S. MARSHALS - GUAM RECEIVED
10 MAY 2005 14 00 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL C. BRILES _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

BURGLARY AND LARCENY

in violation of Title   9 Guam Code Annotated §§ 37.20 and 43.30, and Title 18, United States Code §§ (3) and 13

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

MAY 10, 2005    HAGATNA, GUAM
Date and Location

ORIGINAL

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Agana, Precinct

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/10/05 | [illegible] | [signature] |
| DATE OF ARREST | | |
| 7/29/05 | | |