MBriles.MWT

LEONARDO M. RAPADAS
United States Attorney
STEPHEN A. CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG - 1 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00022 |
| Plaintiff, ) | |
| vs. ) | **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| MICHAEL C. BRILES, ) | |
| Defendant. ) | |

The United States of America, by and through undersigned counsel, hereby moves this Honorable court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, MICHAEL C. BRILES, is now in the custody of the Territorial Detention Center, and that said prisoner is required to appear before this Court on August 1, 2005, at 3:00 p.m. for his Initial

\\
\\
\\

1 | Appearance in the United States District Court of Guam, and whenever necessary, hereafter to attend
2 | court appearances in the above-entitled case and upon completion of said prosecution and/or Court
3 | Appearances and/or upon further order of the Court, return said prisoner to his place of confinement.
4 | DATED this 1ˢᵗ day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEPHEN A. CHIAPPETTA
Special Assistant U.S. Attorney