MBriles.ORD

LEONARDO M. RAPADAS
United States Attorney
STEPHEN A. CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG - 1 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00022 |
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL C. BRILES, | |
| Defendant. | |

This matter having come before the Court on a motion by the United States of America, for a Writ of Habeas Corpus Ad Prosequendum in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent, or any Federal law enforcement agent shall produce MICHAEL C. BRILES, before this Court on August 1, 2005 at 3:00 p.m., and whenever necessary, hereafter to attend court

\\
\\
\\
\\

ORIGINAL

| | |
|---|---|
| 1 | appearances in the above-entitled case and upon completion of said prosecution and/or Court |
| 2 | appearances and/or upon further order of the Court, return said prisoner to his place of confinement. |
| 3 | **SO ORDERED** this 1st day of August, 2005. |

JOAQUIN V. E. MANIBUSAN, JR.
~~Designated Judge~~ Magistrate Judge
District Court of Guam



RECEIVED
AUG -1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-