**FILED**
DISTRICT COURT OF GUAM

AUG - 2 2005

DISTRICT COURT OF GUAM       **MARY L.M. MORAN**
**CLERK OF COURT**

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00022 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| **MICHAEL C. BRILES,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 1st day of August, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM