# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Michael C. Briles,<br><br>        Defendant. | Case No. 1:05-mj-00022<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***CJA Appointment Order, filed August 2, 2005*** on the dates indicated below:

*U.S. Attorney's Office*           *Federal Public Defender*
*August 2, 2005*           *August 3, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***CJA Appointment Order, filed August 2, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 8, 2005           /s/ Marilyn B. Alcon
                                                                 Deputy Clerk