MBriles.MDC

LEONARDO M. RAPADAS
United States Attorney
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL CORY BRILES,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00022<br><br>**MOTION TO DISMISS COMPLAINT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause, as to defendant MICHAEL CORY BRILES, be dismissed, for the reason that the defendant has been charged through an Information on August 10, 2005. Said Information has incorporated similar criminal acts described in the Complaint.

Respectfully submitted this 10th day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ STEVEN CHIAPPETTA
Special Assistant U.S. Attorney

ORIGINAL

Case 1:05-mj-00022    Document 10    Filed 08/10/2005    Page 1 of 1