mbrilesdismiss

LEONARDO M. RAPADAS
United States Attorney
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00022 |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| MICHAEL CORY BRILES, | ) |
| Defendant. | ) |

This matter having come before this Honorable Court based on the United States' Motion to Dismiss Complaint in the above-captioned matter and the Court finding good cause for the issuance of the order;

IT IS HEREBY ORDERED that the Complaint be dismissed.

8/11/2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
AUG 10 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM